

**In The**

# Fourteenth Court of Appeals

### NO. 14-23-00767-CV

## RUBY COOK, Appellant

## V.

## PREMIER ON WOODFAIR, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1210822**

## MEMORANDUM OPINION

This appeal is from a final judgment signed October 16, 2023. The court reporter indicated on November 6, 2023 that there was not a reporter's record. The clerk's record was filed December 13, 2023. No brief was filed.

On January 16, 2024, we issued a notice stating that unless appellant filed a brief on or before January 26, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.